

Villanova University School of Law
Villanova University School of Law Digital Repository

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-2-2007

# Allen-Mensah v. O'Malley

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-3387

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Allen-Mensah v. O'Malley" (2007). *2007 Decisions*. Paper 1682.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1682

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

ALD-103                                                    NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 06-3387
_____

CAROLYN R. ALLEN-MENSAH,

Appellant

v.

FBI AGENT O'MALLEY, AND INVOLVED FBI AGENTS, ET AL.

_____

On Appeal From the United States District Court
For the Eastern District of Pennsylvania
(D.C. Civ. No. 06-cv-02362)
District Judge: Honorable Harvey Bartle, III
_____

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B) or Summary Action
Under Third Circuit LAR 27.4 and I.O.P. 10.6
January 19, 2007

BEFORE: SLOVITER, CHAGARES and NYGAARD, CIRCUIT JUDGES

(Filed:February 2, 2007 )

_____

OPINION

_____

PER CURIAM

        In June 2006, pro se appellant Carolyn R. Allen-Mensah filed a complaint in the

District Court alleging, inter alia, that FBI agents conducted "illegal guinea pig

experiments on my sons and me" and "had psychotic pilots use electrical force on my sons to make them commit" crimes and "involuntary sex acts." Allen-Mensah seeks "immediate release and return of [her] son" and "removal of the electric weapons from [her] body." The District Court dismissed the complaint for failure to state a claim upon which relief may be granted. Allen-Mensah timely appealed and appellee has filed a motion for summary action.

This Court has jurisdiction under 28 U.S.C. § 1291. As there is no question that Allen-Mensah's claims involve fantastic factual scenarios and that the complaint lacks any arguable factual or legal basis, see Neitzke v. Williams, 490 U.S. 319, 327-28 (1989), we will grant the appellee's motion to summarily affirm the District Court's dismissal of the complaint. See 3d Cir. LAR 27.4 and I.O.P. 10.6.